**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JEANNE M. GILLIES,

        Plaintiff,

-vs-                        Case No. 6:09-cv-907-Orl-31KRS

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____

## ORDER

Upon consideration of the Report and Recommendation of Magistrate Judge Spaulding (Doc. 17), the Defendant's Objection thereto (Doc. 18), and Plaintiff's Response (Doc. 19), the Court concurs with the findings and conclusion of the Magistrate Judge. It is, therefore

**ORDERED** that Defendant's objections are overruled, the Report and Recommendation is CONFIRMED and ADOPTED, the decision of the Commissioner is REVERSED, and the case is REMANDED to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. Section 405(g). The Clerk is directed to enter judgment for the Plaintiff and close. the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 23, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE